IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN CHERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 07-cv-2235 |
| | ) | |
| SUNOCO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**AND NOW**, this 17th day of August 2009, upon consideration of Defendant's Motion for Summary Judgment [Document No. 24], Plaintiff's Response in opposition [Document Nos. 34, 35 and 36], and Defendant's Reply [Document No. 37], and in accordance with the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's' Motion is **GRANTED**. It is **FURTHER ORDERED** that all of Plaintiff's claims against Defendants are **DISMISSED**.

The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**